**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-1698**

KERSTIN LINDEMANN-MOSES, an individual,

       Plaintiff - Appellant,

     v.

BARBARA JACKMON, an individual; CHRISTOPHER ANDRE JACKMON, an individual,

       Defendants - Appellees.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Thomas D. Schroeder, District Judge.  (1:20-cv-00655-TDS-JEP)

Submitted:  November 16, 2023                    Decided:  November 21, 2023

Before AGEE and RICHARDSON, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Kerstin Lindemann-Moses, Appellant Pro Se.  Barbara Jackmon; Christopher Andre Jackmon, Appellees Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kerstin Lindemann-Moses appeals the district court's orders granting in part Defendant Barbara Jackmon's motion to dismiss and granting summary judgment in favor of Defendants on Lindemann-Moses' remaining civil claims.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's judgment. *Lindemann-Moses v. Jackmon*, No. 1:20-cv-00655-TDS-JEP (M.D.N.C. Apr. 19, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*